IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUSTY ROY MERO											PLAINTIFF
ADC #119803

v.					NO. 1:13CV0040 JLH-BD

INDEPENDENCE COUNTY JAIL									DEFENDANT

## ORDER

The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After a careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Rusty Roy Mero's claims against the Independence County Jail are DISMISSED, with prejudice. His claims against defendant Ronald Jefferys are DISMISSED, without prejudice.

IT IS SO ORDERED this 17th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE