# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RUSTY ROY MERO                                                                           PLAINTIFF
ADC #119803

v.                                NO. 1:13CV0040 JLH-BD

INDEPENDENCE COUNTY JAIL                                    DEFENDANT

## ORDER

The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After a careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Rusty Roy Mero's claims against the Independence County Jail are DISMISSED, with prejudice. His claims against defendant Ronald Jefferys are DISMISSED, without prejudice.

IT IS SO ORDERED this 17th day of June, 2013.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE