IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUSTY ROY MERO**
**ADC #119803**                                                                                              **PLAINTIFF**

V.                              CASE NO. 1:13CV0040 BD

**INDEPENDENCE COUNTY JAIL**, *et al.*                                              **DEFENDANTS**

## ORDER

In conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Amy Lee Stewart, Rose Law Firm, 120 East Fourth Street, Little Rock, Arkansas 72201, 501-375-9131, is hereby appointed to represent Plaintiff Rusty Roy Mero.

The Clerk of Court is directed to send Ms. Stewart a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, she should contact court staff at 501-604-5114, and a copy of the file, or any portion of the file, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

IT IS SO ORDERED this 29th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE