# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RUSTY ROY MERO, #119803**                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 1:13CV00040 BD**

**JARED BRANSCOMB, LAUREN GARCIA,**
**PATRICK STONE, MICHAEL WEBB,**
**JOSH FERGUSON**                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 1st day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE